PAUL J. MANSDORF, TRUSTEE
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
mansdorftrustee@sbcglobal.net

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re:

ALFONSO ZABALA                Case No: 09-47520 TM

       Debtors.
_____/

## EX-PARTE APPLICATION FOR ORDER ON NON-EXEMPT TAX REFUND

    Paul J. Mansdorf, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of ALFONSO ZABALA, ("Debtor"), respectfully requests an order be entered, directing the Debtor to immediately turn over to the Trustee the checks and/or registered warrants representing his 2008 Federal and State Income Tax refunds. In support thereof, the Trustee represents as follows:

    1) An Order for Relief under Chapter 7 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on August 14, 2008, and Paul J. Mansdorf is the duly appointed, qualified, and acting trustee of the debtor's estate.

    2) The debtor received income tax refunds for 2008.

    3) The debtor's tax returns are dated 6/18/09, nearly two months' pre-petition (showing an IRS refund of $6,196.00 and a FTB refund of $2,453.00)

    4) The asset was not disclosed on debtor's Schedule B.

1

5) The debtor has not claimed the non-disclosed asset as exempt.

6) The debtor, instead, decided to keep the checks, undisclosed, and un-negotiated, in a drawer, according to his testimony at the §341 Meeting of Creditors on September 23, 2009.

7) The Trustee demanded turnover of the undisclosed funds at the §341 Meeting of Creditors, upon learning of their existence and disposition.

8) In order to prevent harm to the estate by the debtor spending or otherwise depleting these estate funds, it is necessary that the debtor be ordered and directed to turn over to the Trustee, the entire 2008 state and federal income tax refunds, forthwith.

As to the factual allegations contained herein, by my signature below, I, Paul J. Mansdorf, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 23, 2009 at Berkeley, California.

WHEREFORE, the Trustee requests the entry of an order directing the Debtor to forward to the trustee, PAUL J. MANSDORF, 1563 Solano Ave. #703, Berkeley, CA 94707, the refund checks, un-negotiated, to the Trustee.

DATED: September 23, 2009

/s/Paul J. Mansdorf
_____
PAUL J. MANSDORF
Chapter 7 Trustee