REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK # 220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
PAUL MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ALFONSO ZABALA<br><br>SSN xxx xx 8104<br><br>    Debtor | Case No. 09-47520 TM<br><br>Chapter 7 |

**STIPULATION REGARDING OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

Paul Mansdorf, trustee of the above-referenced bankruptcy estate ("Trustee") and Alfonso Zabala ("Debtor" or "Zabala"), hereby agree and stipulate as follows:

WHEREAS the Debtor filed for relief under Chapter 7 of Title 11 of the United States Code on August 14, 2009;

WHEREAS the Debtor claimed his 2008 tax refund in the amount of $8,799.00 and claimed whole life insurance policy in the amount of $6,507.88 exempt;

WHEREAS, the Trustee filed a objection to the claim of exemption;

WHEREAS the Trustee and Debtor wish to avoid litigation over this matter.

NOW, THEREFORE the Trustee and Debtor stipulate and agree as follows:

1.  The Debtor will turn over to the Trustee the 2008 tax refund in the amount of $8,799.00

2.  The Trustee will withdraw his objection to the Debtor's claim of exemption with

regards to the whole life insurance policy in the amount of $6,507.88.

DATED: This __11__ day of February, 2010

                                                     /s/ Paul Mansdorf  
                                                     PAUL MANSDORF, Trustee

DATED: This __29__ day of January, 2010        ALFONSO ZABALA

                                                       By:   /s/ Alfonso Zabala  
                                                               Alfonso Zabala

STROMSHEIM & ASSOCIATES